# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. | CASE NO.   1:12-CV-1944-MJS |
| Plaintiff, | ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| v. | |
| ALEJANDRO AVILES, ET AL, | DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 30 DAYS. |
| Defendants. | (ECF No. 9) |

On March 7, 2013, Plaintiff, J&J Sports Productions, Inc, notified the Court that the above-captioned matter settled in its entirety (ECF No. 9).  In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached Notice of Local Rule 160 and Local Rule 272.)

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:     March 18, 2013                    /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE