# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE No. 1:12-cv-01944-AWI-MJS |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| v. | (ECF No. 13) |
| ALEJANDRO AVILES; HIGINIO AVILES, | CLERK SHALL CLOSE CASE |
| Defendants. | |

J & J, Sports Productions, Inc. ("Plaintiff") asserted unauthorized commercial distribution by Defendants of a televised boxing program for which Plaintiff possessed the exclusive distribution rights. (Compl., ECF No. 1.)

The action was initiated on November 29, 2012. (ECF No. 1.) On April 12, 2013, Plaintiff filed a notice with the Court asking that the action be voluntarily dismissed with prejudice. (ECF No. 13.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with

-1-

prejudice.

      The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: May 22, 2013          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE